UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:23-cv-21693

Raiyan Anwaar,

    Plaintiff,

v.

Experian Information Services, LLC

    Defendant.

_____/

## REVISED STIPULATION OF DISMISSAL

Plaintiff, Raiyan Anwaar ("**Plaintiff**"), by and through his undersigned counsel hereby stipulates under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) generated by the CM/ECF system and paper copies will be sent to those indicated as non-registered participants, on this 26th day of September 2023

Respectfully submitted,

/s/ *Monique N. Reyes*
Monique Reyes
FL Bar No. 106823
Lovat Law, PLLC.
2121 Biscayne Blvd. #1644
Miami, FL 33137
Telephone: (305) 710-7106
Email: Monique@lovatlaw.com
*Attorney for Plaintiff Raiyan Anwaar*